1

2

3

4

5

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

6

7  AUTOMOTIVE INDUSTRIES PENSION
TRUST FUND, et al.,

Case No. 3:23-cv-00777-WHO

8              Plaintiffs,

**ORDER OF DISMISSAL**

9         v.

Re: Dkt. No. 24

10  LEHMERS, INC.,

11              Defendant.

12

13       Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is

14  dismissed **without** prejudice.  The Clerk shall close the case.

15  Dated: November 1, 2023

16

17       WILLIAM H. ORRICK
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California